DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HUNTERS POINT LAND TRUST,** et al.,
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY,** etc.,
Appellees.

No. 4D21-1796

[May 26, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE20-003734.

Thomas Neusom, Fort Lauderdale, for appellants.

Eric S. Matthew of Fox McCluskey Bush Robison PLLC, Stuart, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***